IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANKO HOLDINGS, L.P., | : | No. 4:14-CV-00274 |
| | : | |
| Plaintiff | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| EXCO RESOURCES (PA), LLC, | : | |
| and ENERPLUS RESOURCES | : | |
| (USA), CORPORATION, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 29th day of September, 2014, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss is GRANTED (ECF No. 6).

2. The Plaintiff's Complaint is DISMISSED with prejudice (ECF No. 1).

3. The Clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge